# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

PERCIVAL WILLIAMS,

    *Plaintiff*,

v.                                       Case No.: 1:23cv156-MW/MJF

SARA TAT,

    *Defendant*.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 5, and has also reviewed *de novo* Plaintiff's objections, ECF No. 6.

Plaintiff raises several arguments, but none help his claim. Nothing in Plaintiff's objections rebuts the Magistrate Judge's finding that Plaintiff is a three-striker under 28 U.S.C. § 1915(g), that his complaint does not allege any facts indicating that he is facing imminent danger of serious physical injury, and that he has not paid the filing fee. Further, nothing in Plaintiff's objection proffers any factual allegations indicating that he is facing imminent danger of serious physical injury. Plaintiff's reference to playing basketball with other inmates, *see* ECF No. 6

at 2, is insufficient to qualify for § 1915(g)'s imminent threat of physical harm exception to the three-strikes rule.

This Court pauses to note that Plaintiff styled his objections as "Objection: Notice of Appeal." *See* ECF No. 6 at 1. This Court construed this filing as an objection to the Magistrate Judge's Report and Recommendation rather than a notice of appeal because the Report and Recommendation is not a final order that Plaintiff could appeal. If Plaintiff wishes to appeal this Order, which will adopt the substance of the Magistrate Judge's Report and Recommendation, he must file a separate notice of appeal.

Accordingly,

**IT IS ORDERED**:

1. The report and recommendation, ECF No. 5, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion.//
2. The Clerk shall enter judgment stating, "This case is **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915(g)."
3. The Clerk shall close the file.

**SO ORDERED on July 18, 2023.**

s/Mark E. Walker<br>
**Chief United States District Judge**